IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00531-PAB-KLM

JUAN DURAN,

      Plaintiff,

v.

STEPHEN VICALVI, and
DANIEL DWYER,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's tendered Amended Prisoner Complaint** [Docket No. 17; Filed June 4, 2012]. Pursuant to Fed. R. Civ. P. 15(a)(1), "[a] party may amend its pleading once as a matter of course" within 21 days after service of a Rule 12(b) motion. Plaintiff submitted his Amended Prisoner Complaint within 21 days after service of Defendant Dwyer's Rule 12(b)(6) Motion [#12]; thus, he is entitled to amendment as a matter of course.[1] Accordingly,

IT IS HEREBY **ORDERED** that Plaintiff's Amended Prisoner Complaint [#17] is **ACCEPTED**. The Clerk of Court is directed to enter the Amended Prisoner Complaint [#17], effective as of the date of this Minute Order.

IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's Amended Prisoner Complaint [#17] on or before **June 19, 2012**.

IT IS FURTHER **ORDERED** that **Defendant Dwyer's Motion to Dismiss** [Docket No. 12; Filed May 16, 2012] is **DENIED AS MOOT**. *See Schwartz v. Booker*, No. 09-cv-00915-WJM-KMT, 2011 WL 2560016, at *2 (D. Colo. June 28, 2011) (finding that the amended complaint superceded the original complaint, thus mooting the motion to dismiss filed in response to the original complaint pursuant to Fed. R. Civ. P. 12(b)(6)).

Dated:  June 5, 2012

_____

[1] Defendant Vicalvi has not yet answered or otherwise responded to Plaintiff's Complaint. Service was waived on behalf of Defendant Vicalvi on April 11, 2012 [#10].